Report Date: February 21, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2/21/18

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bradley Moses Delorme | Case Number: 0980 2:15CR00046-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 15, 2015

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 16 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 13, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 12, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of qualifying offense.<br><br>**Supporting Evidence**: On May 13, 2016, Mr. Delorme participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Delorme acknowledged an understanding of those conditions.<br><br>Mr. Delorme violated his terms and conditions of supervised release by failing to comply with the requirements of the sex offender registry in the county of which he resides.<br><br>On February 5, 2018, Mr. Delorme last registered with the Spokane County Sheriff's Office as required. On that day, Mr. Delorme reported and signed a document stating he is transient and lacks a fixed address, and was therefore informed that his next check-in date with the Spokane County Sheriff's Office was February 12, 2018. On February 20, 2018, the undersigned confirmed with the Spokane County Sheriff's Office registration coordinator that Mr. Delorme failed to check in as required on February 12, 2018, or thereafter, and is thus noncompliant with his registration requirements. |

2      **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: On May 13, 2016, Mr. Delorme participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Delorme acknowledged an understanding of those conditions.

Mr. Delorme violated his terms and conditions of supervised release by failing to report to the probation officer as directed.

On January 24, 2018, the undersigned attempted to make contact with Mr. Delorme at Truth Ministries in Spokane, Washington, as this was his last reported address. Truth Ministries staff informed the undersigned that Mr. Delorme attempted to make entrance approximately 4 days prior, but was denied entrance as he attempted to enter at midnight which is in violation of their rules, and he has not been back since this incident.

On January 24, 2018, the undersigned attempted to contact Mr. Delorme via his last known telephone number, though was unsuccessful, as it appeared the number was disconnected. An email was sent to Mr. Delorme directing him to report to the U.S. Probation Office on January 25, 2018. Mr. Delorme failed to report to the U.S. Probation Office on January 25, 2018. On January 26, 2018, Mr. Delorme sent the undersigned an email stating he had just received the aforementioned email and therefore, the reason why he did not report on January 25, 2018. Mr. Delorme further stated his cell phone was turned off, but he would "keep tabs" of his messages. On January 26, 2018, the undersigned replied to Mr. Delorme's email directing him to report to the U.S. Probation Office on January 30, 2018. Mr. Delorme failed to report to the U.S. Probation Office on January 30, 2018. On February 6, 2018, the undersigned emailed Mr. Delorme directing him to report to the U.S. Probation Office on or before February 9, 2018, in which he failed to do so. Mr. Delorme's current whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/21/2018

s/Jonathan C. Bot

Jonathan C. Bot

U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action

[X]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[ ]    Other

_____
Signature of Judicial Officer

February 21, 2018
Date