PROB 12C
(6/16)

Report Date: October 19, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Bradley Moses DeLorme          Case Number: 0980 2:15CR00046-TOR-1

Address of Offender:                      , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 15, 2015

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: October 15, 2015 | Prison - 16 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: April 17, 2018 | Prison - 60 days<br>TSR- 33 months | |
| Asst. U.S. Attorney: | Matthew Duggan | Date Supervision Commenced: April 23, 2018 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: January 22, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.<br><br>**Supporting Evidence**: On September 21, 2018, Mr. DeLorme violated the terms of his supervised release by using marijuana.<br><br>On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.<br><br>On September 27, 2018, after initially being deceitful and his urinalysis testing presumptive positive for marijuana, Mr. DeLorme admitted to the undersigned, and via a signed document, that he used marijuana on September 21, 2018. |

Prob12C
**Re: DeLorme, Bradley Moses**
**October 19, 2018**
**Page 2**

| | |
|---|---|
| 2 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On October 9, 2018, Mr. DeLorme failed to report to the U.S. Probation Office as instructed.

On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

On September 27, 2018, Mr. DeLorme was informed by the undersigned and provided a business card instructing him to report to the U.S. Probation Office on October 9, 2018. Mr. DeLorme failed to report as directed on October 9, 2018, and/or contact the undersigned in any manner. The undersigned attempted to call, text message, and email Mr. DeLorme on multiple occasions, in which there were no response from Mr. DeLorme until the evening of October 17, 2018.

| | |
|---|---|
| 3 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. DeLorme failed to notify his probation officer before changing his living arrangements.

On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

On October 18, 2018, Mr. DeLorme informed the undersigned that he moved into a new residence on October 7, 2018. He informed the undersigned he had felt ill the past week, but that he had no valid reason for failing to report his living arrangements to his U.S. probation officer prior to moving.

| | |
|---|---|
| 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances. |

**Supporting Evidence**: On October 8, 2018, Mr. DeLorme violated the terms of his supervised release by using marijuana.

On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgement and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

Prob12C
**Re: DeLorme, Bradley Moses**
**October 19, 2018**
Page 3

On October 18, 2018, after initially being deceitful and his urinalysis testing presumptive positive for marijuana, Mr. DeLorme admitted to the undersigned, and via a signed document, that he used marijuana on October 8, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/19/2018

s/Jonathan C. Bot

Jonathan C Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
Signature of Judicial Officer

October 19, 2018
Date