# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bradley Moses DeLorme    Case Number: 0980 2:15CR00046-TOR-1

Address of Offender:                , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 15, 2015

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 16 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>April 17, 2018 | Prison - 60 days<br>TSR- 33 months | |
| Asst. U.S. Attorney: | Matthew Duggan | Date Supervision Commenced: April 23, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 22, 2021 |

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/19/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.<br><br>**Supporting Evidence**: Mr. DeLorme is in violation of special condition number 3 due to currently residing at a residence less than 500 feet from a daycare center.<br><br>On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.<br><br>As alleged in the petition dated October 19, 2018, Mr. DeLorme changed his living arrangements on October 7, 2018, by moving into a residence prior to notifying his probation officer. On October 18, 2018, the undersigned was made aware of Mr. DeLorme's new |

living arrangements and an investigation to this residence was to take place on October 19, 2018. On October 19, 2018, the undersigned reported to Mr. DeLorme's residence, and observed a sign on an establishment across the street from his residence which noted Sprouting Up Kids at the address of 922 South Hatch Street, Spokane, Washington, 99202.

Upon making contact with Mr. DeLorme, the undersigned inquired if he was aware that he was residing across the street from what appeared to be a child care center, in which he stated he was not aware, nor had he noticed the Sprouting up Kids sign across the street. Due to the close proximity to Sprouting up Kids, the undersigned informed Mr. DeLorme that this residence would be denied after confirmation of the exact business of Sprouting Up Kids, and the distance between his address and the business.

After departing Mr. DeLorme's residence, the undersigned confirmed Sprouting Up Kids is indeed a child/day care center, and per Bing maps, Mr. DeLorme's residence is 59 feet away from Sprouting Up Kids. Thereafter, Mr. DeLorme was informed that pursuant to special condition number 3 he would need to vacate this address.

On October 19 and 23, 2018, the undersigned spoke with Mr. DeLorme about changing his living situation and the possible alternative of relocating to the Spokane Residential Reentry Center (RRC) until an appropriate living situation is obtained. Unfortunately, Mr. DeLorme has made it clear that he will "never" go back to the RCC, and stated he will continue calling friends until an approved residence is obtained while residing at his current address.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/23/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: DeLorme, Bradley Moses
October 23, 2018
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Thomas O. Rice_
Signature of Judicial Officer

_October 23, 2018_
Date