# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: November 5, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Bradley Moses DeLorme          Case Number: 0980 2:15CR00046-001

Address of Offender: Truth Ministries, 1910 E. Sprague Ave., Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 15, 2015     Revocation Sentence: April 17, 2018

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 16 months           Type of Supervision: Supervised Release
                        TSR - 60 months

Revocation Sentence:    Prison - 60 days
                        TSR- 33 months

Asst. U.S. Attorney:    Matthew Duggan              Date Supervision Commenced: April 23, 2018

Defense Attorney:       Miles Pope                  Date Supervision Expires: January 22, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/19/2018 and 10/23/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 17, 2018, Mr. DeLorme violated the terms of his supervised release by using marijuana.

On April 24, 2018, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgement and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

On November 5, 2018, after providing a urinalysis that tested presumptive positive for marijuana, Mr. DeLorme admitted to a U.S. probation officer, and via a signed document, that he last used marijuana on October 17, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/05/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other: All pending supervised release violations will be addressed at the hearing scheduled for November 14, 2018 at 9:30 a.m.

Signature of Judicial Officer

November 6, 2018

Date