PROB 12C
(6/16)

Report Date: October 2, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bradley Moses DeLorme        Case Number: 0980 2:15CR00046-TOR-1

Address of Offender: Homeless,

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 15, 2015

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 16 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(04/17/2018) | Prison - 60 days;<br>TSR - 33 months | |
| Revocation Sentence:<br>(11/14/2018) | Prison - 8 months;<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 3, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 2, 2021 |

### PETITIONING THE COURT

**To issue a WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Bradley DeLorme violated mandatory condition number 1 by assaulting another individual on July 27, 2019.<br><br>According to the Affidavit of Facts regarding incident number 2019-20140094, Mr. DeLorme was arrested after it was determined he grabbed the victim's left wrist and then grabbed the victim in a "bear hug" style hold in order to retrieve his cellular phone from the victim.<br><br>On July 15, 2019, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements. |

Prob12C
**Re: DeLorme, Bradley Moses**
**October 2, 2019**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

        **Supporting Evidence**: Bradley DeLorme failed to report as directed on September 25, 2019.

        Mr. DeLorme reported as directed on September 20, 2019. During that appointment, Mr. DeLorme was directed to schedule his chemical dependency and mental health assessments and report back to the probation office on September 25, 2019. Mr. DeLorme failed to report as directed on September 25, 2019, and has not reported since September 20, 2019. Numerous telephone calls and text messages have gone unreturned by Mr. DeLorme.

        On July 15, 2019, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

3        **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Since Bradley DeLorme's release from incarceration on July 3, 2019, he has failed to undergo a substance abuse evaluation as directed.

        Bradley DeLorme was directed to participate in a chemical dependency assessment during his intake on July 15, 2019. Mr. DeLorme set up an assessment with Pioneer Human Services for July 16, 2019, however, failed to report for his assessment. Mr. DeLorme rescheduled his assessment for August 8, 2019. Mr. DeLorme failed to report as directed for his assessment on August 8, 2019. As of the date of this report, Mr. DeLorme has failed to complete a chemical dependency assessment as directed.

        On July 15, 2019, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

4        **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On September 20, 2019, Mr. DeLorme violated the terms of his supervised release by consuming marijuana.

        On September 20, 2019, Bradley DeLorme provided a urinalysis sample that tested as presumptive positive for marijuana. Mr. DeLorme denied use and the sample was sent to Alere Laboratory for confirmation. The sample was returned as positive for marijuana metabolite on September 28, 2019.

Prob12C
Re: DeLorme, Bradley Moses
October 2, 2019
Page 3

|   |   |
|---|---|
| 5 | **Special Condition #7**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer. |

On July 15, 2019, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

**Supporting Evidence**: Bradley DeLorme failed to register as a sex offender according to the laws of Washington state since September 5, 2019.

Bradley DeLorme is currently homeless and must register with the Spokane County Sheriff's Office weekly as a homeless sex offender. On October 2, 2019, the undersigned officer confirmed with the Spokane County Sheriff's Office that Bradley DeLorme has not registered since September 5, 2019. Mr. DeLorme has also not registered a permanent address with the Spokane County Sheriff's Office and thus is in violation of his registration requirements in Washington state.

On July 15, 2019, Mr. DeLorme participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. DeLorme signed a copy acknowledging the requirements.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/2/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

October 2, 2019
Date